VERONICA WINCHELL, Respondent, v. UNION NATIONAL BANK OF TROY, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.